IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DISTRICT

**CAROL ANN HAWK**                                                    **PLAINTIFF**

v.                  Case No. 1:14-cv-00032-KGB-JJV

**CAROLYN W. COLVIN, Acting Commissioner,**
Social Security Administration                                    **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 14). No objections have been filed. After careful review, the Court concludes that the Recommended Disposition should be and hereby is approved and adopted in its entirety as this Court's findings in all respects. The Court affirms the Commissioner's decision and dismisses with prejudice plaintiff Carol Ann Hawk's complaint. Judgment will be entered accordingly.

SO ORDERED this 29th day of September, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE