**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DISTRICT**

**CAROL ANN HAWK**                                                              **PLAINTIFF**

**v.**                              **Case No. 1:14-cv-00032-KGB-JJV**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and plaintiff Carol Ann Hawk's complaint is dismissed with prejudice.

SO ADJUDGED this 29th day of September, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE